UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL DOCKET NO: 10-135 |
|---|---|---|
| v. | * | SECTION: "K" |
| RICHARD MOORE | * | |

\* \* \*

## ORDER

Having considered the motion of the United States to unseal the bill of information;

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana unseal the indictment in the above-captioned case.

New Orleans, Louisiana, this 28th day of July, 2010.

_____
HONORABLE STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

\_\_Fee
\_\_Process
X Dktd
\_\_CtRmDep
\_\_Doc. No.